UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID GARZA,

    Plaintiff,

    v.                                    Case No. 19-1212-JWB

GREYHOUND LINES, INC.,

    Defendant.

## AMENDED SCHEDULING ORDER

Defendant, Greyhound Lines, Inc., has filed an unopposed motion (ECF No. 35) to amend the scheduling order, which was entered on January 17, 2020 (ECF No. 11). For good cause, the court enters this amended scheduling order, summarized in the following table:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | **October 2, 2020** |
| All potentially dispositive motions (e.g., summary judgment) | **November 2, 2020** |
| Motions challenging admissibility of expert testimony | **November 2, 2020** |
| Proposed pretrial order due | **October 9, 2020** |
| Pretrial conference | **October 21, 2020 at 10:00 AM** |

This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 23, 2020, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge